# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard Devivo               Cr.: 06-0364- 01
                                                PACTS Number: 40598

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr., U.S. District Judge

Date of Original Sentence: 11/14/06

Original Offense: Conspiracy to Buy, Receive, and Possess Stolen Goods (2 counts)

Original Sentence: Fifteen months imprisonment; three years supervised release; $6,203,541.00 restitution; $200 special assessment. Special Conditions: 1) full financial disclosure; 2) do not incur any new credit charges or open additional lines of credit without prior approval; 3) evaluation and participation in a mental health program as directed by this office; 4) DNA collection.

Type of Supervision: Term of Supervised Release           Date Supervision Commenced: 02/12/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for      Years, for a total term of      Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall make restitution in the amount of $5,978,341.56 (balance). Restitution payments shall be paid in monthly installments of no less than $50.

## CAUSE

The offender is unable to pay the restitution as directed. After careful review of the offender's current monthly cash flow, the offender displays an ability to make payments of $50 monthly towards the restitution obligation.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 10/26/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-13-09
Date